### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES R. TART, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 04-74-GPM |
| | ) |
| **CITY OF EAST ST. LOUIS, ILLINOIS, EAST ST. LOUIS POLICE DEPARTMENT, DELBERT MARION, ISADORE CHAMBERS, RONALD MATTHEWS, JAMES MISTER, MARION RIDDLE, MICHAEL FLOORE, JAY COBB, AND UNKNOWN PARTIES,** | ) ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court for trial.

**IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiff's oral motion made August 23, 2005, Defendants **ISADORE CHAMBERS** and **RONALD MATTHEWS** are **dismissed with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the parties' announcement made August 24, 2005, that a complete settlement had been reached between the

remaining parties, this action is **dismissed with prejudice**.  The parties shall bear their own costs.

    **DATED**:  01/17/06

                                              NORBERT G. JAWORSKI, CLERK

                                              By:  s/ Linda M. Cook
                                                    Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
              G. PATRICK MURPHY
              CHIEF U.S. DISTRICT JUDGE